FILED

Oct 14  3 44 PM '03

US DISTRICT COURT
NEW HAVEN, CONN.

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

CARLA CRAWLEY, ROSE MARIE BOYD
And ERIC LONG

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0005 (PCD)

## MOTION FOR STAY OF PROCEEDINGS

The plaintiff, DIRECTV, Inc. ("DIRECTV"), hereby moves this Court to enter a stay of the above-referenced proceedings as to the defendant, Eric Long, only. DIRECTV has previously filed a motion for default judgment directed to the defendants Carla Crawley and Rose Marie Boyd. DIRECTV has not moved to default the defendant, Eric Long, however, because Mr. Long is currently serving in the military. DIRECTV requests a stay of these proceedings for a period of six (6) months during which time it will obtain additional information regarding Mr. Long's military status. If Mr. Long's current tour of duty ends within the next six (6) months, DIRECTV will communicate with him and file a Parties' Planning Report. DIRECTV will aslo comply with

SR:212303:kam

all other Scheduling Orders entered by the Court. On the other hand, if it is determined that Mr. Long's current tour of military service will not be completed within six (6) months, DIRECTV will move for an extension of the stay.

For all of the foregoing reasons, DIRECTV moves this Court to enter a stay of these proceedings as to the defendant, Eric Long only for a period of six (6) months.

DATED this 9th day of October, 2003.

Respectfully Submitted,
PLAINTIFF,

By _____
Matthew D. Gordon
SKELLEY ROTTNER P.C.
433 S. Main Street, Suite 305
West Hartford, CT 06110
Tel. 860-561-7077
Fax 860-561-7088
Fed. Bar. No. ct02355

## CERTIFICATION

I hereby certify that a copy of the above was mailed, postage prepaid, to the following counsel of record and pro se parties on October 9, 2003:

Carla Crawley
19 Ann Avenue
Uncasville, CT 06382

Rose Marie Boyd
37 Colonial Drive
Waterford, CT 06385

Eric Long
31 Cherry Circle
Groton, CT 06340

_____
Matthew D. Gordon