/0

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

CARLA CRAWLEY, ROSE MARIE BOYD
And ERIC LONG

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0005 (PCD)



### PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT

Pursuant to Rule 55 of the Federal Rules of Civil Procedure and Rule 7(a) of the local Rules of Civil Procedure, the plaintiff, DIRECTV, Inc. ("DIRECTV") moves this court to enter a default judgment against the defendants Carla Crawley and Rose Marie Boyd ("defendants") because the defendants have not filed an appearance or otherwise acted to defend this lawsuit since being served on January 11, 2003 and are therefore in default. The default judgment sought against each defendant individually is in the amount of $10,000.00 plus costs and reasonable attorney fees for a total judgment of $10,782.82 against Carla Crawley and $10,753.02 against Rose Marie Boyd.

DENIED as moot. Case has been dismissed. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

10/23/03

SR\209327