# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

FILED
Oct 27  4 12 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DIRECTV, INC.
       Plaintiffs

CASE NUMBER: 3:03 CV 0005 (PCD)

vs.

CARLA CRAWLEY, ROSEMARIE BOYD
And ERIC LONG
       Defendants

To the Clerk of this court and all parties of record:

    Enter my appearance as pro se for:

                              ROSE MARIE BOYD

10/24/03
**Date**

*/s/ Rose Marie Boyd*
**Signature**

NONE
**Connecticut Federal Bar Number**

ROSE MARIE BOYD
**Print Clearly or Type Name**

(860) 442-1371
**Telephone Number**

37 Colonial Drive
**Address**

NONE
**Fax Number**

Waterford, CT 06385

None
**E-mail Address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

| | | |
|---|---|---|
| Matthew D. Gordon, Esq. | Carla Crawley | Eric Long |
| Skelley Rottner P.C. | 19 Ann Avenue | 31 Cherry Circle |
| 433 S. Main St., Suite 305 | Uncasville, CT 06382 | Groton, CT 06340 |
| West Hartford, CT 06110 | | |

*/s/ Rose Marie Boyd*
**Signature**

(Use additional pages, if necessary, to list the names and addresses of each attorney or party for which you are certifying service.)