FILED

Oct 27  4 13 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| **DIRECTV** | : | |
| Plaintiff | : | CIVIL ACTION |
| VS. | : | NO. 3:03 CV 0005 (PCD) |
| CARLA CRAWLEY, ROSE MARIE BOYD And ERIC LONG | : | |
| Defendant | : | OCTOBER 24, 2003 |

## OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT

I hereby oppose Plaintiff's Motion for Judgment by Default in its entirety, based on the following:

1. My attorney wrote a letter to Plaintiff's counsel (see attached) following their discussion, and Plaintiff's counsel aid he would respond.

2. Plaintiff's counsel never responded to my attorney's letter and we expected that the case would be withdrawn, and therefore I did not appear.

RESPECTFULLY SUBMITTED

By: *Rose Marie Boyd*
ROSE MARIE BOYD
37 Colonial Drive
Waterford, CT 06385
Telephone: (860) 442-1371

## CERTIFICATION OF MAILING

I hereby certify that a copy of the foregoing was deposited in the United States mail, postage prepaid, to all parties on the 24 day of October, 2003.

Matthew D. Gordon, Esq.
Skelley Rottner P.C.
433 S. Main St., Suite 305
West Hartford, CT 06110

Carla Crawley
19 Ann Avenue
Uncasville, CT 06382

Eric Long
31 Cherry Circle
Groton, CT 06340

Rose Marie Boyd
ROSE MARIE BOYD
37 Colonial Drive
Waterford, CT 06385
Telephone: (860) 442-1371

-2-

# Law Offices of Gilbert Shasha

37 Granite Street, P. O. Box 1736<br>
New London, Connecticut 06320<br>
Phone 860-442-4428 Facsimile 860-437-7275

January 14, 2003

Matthew D. Gordon, Esq.
Skelley Rottner, P.C.
433 S. Main Street
Suite 305
West Hartford, CT 06110

      RE:    DirecTV, Inc. v. Carla Crawley, **Rose Marie Boyd** and Eric Long
              Case Number 303CV0005P.C.D.

Dear Matt:

      It was good talking to you today. Per our discussion, the following is a brief synopsis of the Boyds' situation in the above referenced matter.

      Tom and Rose Marie Boyd visited my office today and related that they bought a large screen TV about five years ago and had it installed into the wall between the family room and garage. Being unhappy with the local cable company services, they purchased a DirecTV satellite system at a discount which obligated them to a year's subscription.

      They had problems with reception for months and repeatedly tried to communicate with DirecTV. On the occasions that they had the fortitude to remain on the line long enough to actually talk to a person, they were usually directed to unplug the unit, wait a few minutes, and then plug it back in before resetting. This necessitated going into the garage, opening the access panel, unplugging the unit, waiting the necessary time, then plugging it back in and hoping for the best. This usually solved the problem, but only temporarily. In days the same procedure had to be followed again, and again, and again. In time, they were unable to access anything.

      Finally, in an effort to resolve the problem on their own, they bought a test card from a Canadian company which they were told was legal to do for testing purposes. The test card didn't work either, so they had to buy a new card. All of this did not permanently resolve the reception problems. They were then advised to purchase an additional component which arrived with no instructions and they became further frustrated by still not being able to access their service on a permanent and regular basis.

      Most of their TV viewing was being accessed through the cable company which they continued to pay for because of the reception problems with the satellite. After their

Page 2
January 14, 2003

year's commitment for subscription ended, they canceled the service and have continued to use the local cable company.

Matt, the Boyds are an older couple who live alone and who never got full use of the services they purchased. I have just completed a long, drawn-out bankruptcy procedure for them and they are not in a position to afford more legal fees. This seems like a sad situation for two hard-working, law-abiding citizens who unfortunately followed some bad advice.

They no longer have the devices since they were thrown out after being found useless, but they would be willing to cooperate with you in any way with whatever information they might have that would be useful to you. It was never their intention to do anything illegal, simply to try to get their system to work after the frustrations of repeated black-outs, long waits on the telephone lines, and trips into the garage to unplug and re-plug the system over and over.

Please advise.

Yours truly,

/S/ GILBERT SHASHA

Gilbert Shasha

GS/mh
dictated, but not read