FILED
Oct 27  4 12 PM '03
DISTRICT COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DIRECTV** | : | |
| | : | |
|        **Plaintiff** | : | CIVIL ACTION |
| VS. | : | NO. 3:03 CV 0005 (PCD) |
| | : | |
| **CARLA CRAWLEY, ROSE MARIE BOYD** | : | |
| **And ERIC LONG** | : | |
|        **Defendant** | : | OCTOBER 24, 2003 |

### ANSWER AND DENIAL

I hereby deny all of the allegations in the Plaintiff's Complaint, and further state that I have done nothing wrong to cause the Plaintiff to initiate this lawsuit.

                                                               RESPECTFULLY SUBMITTED

By: *Rose Marie Boyd*
            ROSE MARIE BOYD
            37 Colonial Drive
            Waterford, CT 06385
            Telephone: (860) 442-1371

## CERTIFICATION OF MAILING

I hereby certify that a copy of the foregoing was deposited in the United States mail, postage prepaid, to all parties on the 24 day of October, 2003.

| | | |
|---|---|---|
| Matthew D. Gordon, Esq. | Carla Crawley | Eric Long |
| Skelley Rottner P.C. | 19 Ann Avenue | 31 Cherry Circle |
| 433 S. Main St., Suite 305 | Uncasville, CT 06382 | Groton, CT 06340 |
| West Hartford, CT 06110 | | |

_____
ROSE MARIE BOYD
37 Colonial Drive
Waterford, CT 06385
Telephone: (860) 442-1371