IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

CARLA CRAWLEY, ROSE MARIE BOYD
And ERIC LONG

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0005 (PCD)

## APPEARANCE

Please enter the appearance of Susan E. Malliet for the plaintiff, DIRECTV, Inc., in the above-entitled action.

DATED this 4th day of November, 2003.

        Respectfully submitted,

        PLAINTIFF

        By __/s/ Susan E. Malliet__
        Susan E. Malliet
        Skelley Rottner P.C.
        P.O. Box 340890
        Hartford, Connecticut 06134-0890
        (860) 561-7077
        Federal Bar No. ct19314

## CERTIFICATION

I hereby certify that a copy of the above was mailed, postage prepaid, to the following counsel of record and pro se parties on November 4, 2003:

Carla Crawley
19 Ann Avenue
Uncasville, CT 06382

Rose Marie Boyd
37 Colonial Drive
Waterford, CT 06385

Eric Long
31 Cherry Circle
Groton, CT 06340

*Susan E. Malliet*
Susan E. Malliet

- 2 -