IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

CARLA CRAWLEY, ROSE MARIE BOYD
And ERIC LONG

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0005 (PCD)

## PLAINTIFF'S MOTION TO OPEN/RESCIND
## JUDGMENT OF DISMISSAL

Pursuant to Rule 41 of the Local Rules of Civil Procedure, the plaintiff, DIRECTV, Inc. ("DIRECTV"), hereby respectfully moves that the Court open and rescind the judgment of dismissal for failure to respond, entered on October 9, 2003, on the grounds that (1) the dismissal was entered on October 9, 2003, four (4) days prior to the expiration of the 20 day period commenced by the September 23, 2003, Notice To Counsel, and (2) DIRECTV did respond prior to the expiration of the twenty (20) day deadline set by the court.

SR:213188

In support of its Motion, the plaintiff respectfully represents:

1. By Notice To Counsel dated September 23, 2003, the Court alerted counsel of a proposed dismissal. The Notice provided, *inter alia*: "If such notice has been given and no action has been taken in the action in the meantime, and no satisfactory explanation is submitted to the Court within twenty (20) days thereafter, the clerk shall enter a judgment." A copy of the Notice To Counsel dated September 23, 2003 is attached hereto as Exhibit A.

2. The Notice To Counsel dated September 23, 2003 provided that counsel had a period of twenty (20) days within which to take action and to submit a satisfactory explanation to the Court. Commencing on the date of the Court's Notice To Counsel (September 23, 2003), the twenty (20) day period would expire on October 13, 2003.

3. By Motion for Judgment by Default dated October 8, 2003, DIRECTV moved for a default judgment as against the defendants, Carla Crawley and Rose Marie Boyd. The plaintiff's Motion for Judgment by Default is date-stamped as having been filed with the Court on October 10, 2003, as noted in the Court stamp in the upper right-hand corner of the first page of the motion. A copy reflecting the date of filing is attached hereto as Exhibit B.

4. By Motion for Stay of Proceedings dated October 9, 2003, DIRECTV requested a stay of the proceedings as to the defendant, Eric Long, only. The Motion for Stay of Proceeding

was date stamped as having been filed with the Court on October 14, 2003. A copy is attached hereto as Exhibit C.

5. By correspondence dated October 9, 2003, directed to the Honorable Peter C. Dorsey, U.S. District Judge, the plaintiff, DIRECTV, by and through its counsel, respectfully submitted its explanation as to why the case should not be dismissed. A copy of said correspondence is attached hereto as Exhibit D.

6. On October 9, 2003, four days before the expiration of the twenty (20) day period on October 13, 2003, the Clerk of the Court ordered a Judgment of Dismissal. A copy of said judgment is attached hereto as Exhibit E.

The plaintiff, DIRECTV, is prepared to refile its Motion for Judgment by Default and Motion for Stay of Proceedings with the Court should the Court see fit to open and rescind the judgment of dismissal entered on October 9, 2003.

WHEREFORE, the plaintiff respectfully moves that the Court open/rescind the judgment of dismissal dated October 9, 2003.

DATED this 4th day of November, 2003.

        Respectfully Submitted,
        PLAINTIFF,

        By /s/ Susan E. Malliet
        Susan E. Malliet
        SKELLEY ROTTNER P.C.
        433 S. Main Street, Suite 305
        West Hartford, CT 06110
        Tel. 860-561-7077
        Fax 860-561-7088
        Fed. Bar. No. ct19314

## CERTIFICATION

I hereby certify that a copy of the above was mailed, postage prepaid, to the following counsel of record and pro se parties on November 4, 2003:

Carla Crawley
19 Ann Avenue
Uncasville, CT 06382

Rose Marie Boyd
37 Colonial Drive
Waterford, CT 06385

Eric Long
31 Cherry Circle
Groton, CT 06340

_____
Susan E. Malliet

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

CARLA CRAWLEY, ROSE MARIE BOYD
And ERIC LONG

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0005 (PCD)

### ORDER ON PLAINTIFF'S MOTION TO OPEN/RESCIND JUDGMENT OF DISMISSAL

On the ___ day of _____, 2003, the Court considered the plaintiff's Motion to Open/Rescind Judgment of Dismissal for Failure to Respond filed by the plaintiff, DIRECTV, Inc. After considering the plaintiff's motion, the Court rescinds its order entering a judgment of dismissal.

SIGNED on this ___ day of _____, 2003.

_____
U.S. DISTRICT JUDGE