03 05 MOT TO ROPN

19

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

Plaintiff,

v.

CARLA CRAWLEY, ROSE MARIE BOYD
And ERIC LONG

Defendants.

CIVIL ACTION
NO. 3:03 CV 0005 (PCD)

**PLAINTIFF'S MOTION TO OPEN/RESCIND JUDGMENT OF DISMISSAL**

Pursuant to Rule 41 of the Local Rules of Civil Procedure, the plaintiff, DIRECTV, Inc. ("DIRECTV"), hereby respectfully moves that the Court open and rescind the judgment of dismissal for failure to respond, entered on October 9, 2003, on the grounds that (1) the dismissal was entered on October 9, 2003, four (4) days prior to the expiration of the 20 day period commenced by the September 23, 2003, Notice To Counsel, and (2) DIRECTV did respond prior to the expiration of the twenty (20) day deadline set by the court.

November 17, 2003 Granted.

FILED
NOV 19 7 42 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SR:213188

In support of its Motion, the plaintiff respectfully represents:

1.      By Notice To Counsel dated September 23, 2003, the Court alerted counsel of a proposed dismissal. The Notice provided, *inter alia*: "If such notice has been given and no action has been taken in the action in the meantime, and no satisfactory explanation is submitted to the Court within twenty (20) days thereafter, the clerk shall enter a judgment." A copy of the Notice To Counsel dated September 23, 2003 is attached hereto as Exhibit A.

2.      The Notice To Counsel dated September 23, 2003 provided that counsel had a period of twenty (20) days within which to take action and to submit a satisfactory explanation to the Court. Commencing on the date of the Court's Notice To Counsel (September 23, 2003), the twenty (20) day period would expire on October 13, 2003.

3.      By Motion for Judgment by Default dated October 8, 2003, DIRECTV moved for a default judgment as against the defendants, Carla Crawley and Rose Marie Boyd. The plaintiff's Motion for Judgment by Default is date-stamped as having been filed with the Court on October 10, 2003, as noted in the Court stamp in the upper right-hand corner of the first page of the motion. A copy reflecting the date of filing is attached hereto as Exhibit B.

4.      By Motion for Stay of Proceedings dated October 9, 2003, DIRECTV requested a stay of the proceedings as to the defendant, Eric Long, only. The Motion for Stay of Proceeding

was date stamped as having been filed with the Court on October 14, 2003. A copy is attached hereto as Exhibit C.

5.    By correspondence dated October 9, 2003, directed to the Honorable Peter C. Dorsey, U.S. District Judge, the plaintiff, DIRECTV, by and through its counsel, respectfully submitted its explanation as to why the case should not be dismissed. A copy of said correspondence is attached hereto as Exhibit D.

6.    On October 9, 2003, four days before the expiration of the twenty (20) day period on October 13, 2003, the Clerk of the Court ordered a Judgment of Dismissal. A copy of said judgment is attached hereto as Exhibit E.

The plaintiff, DIRECTV, is prepared to refile its Motion for Judgment by Default and Motion for Stay of Proceedings with the Court should the Court see fit to open and rescind the judgment of dismissal entered on October 9, 2003.

WHEREFORE, the plaintiff respectfully moves that the Court open/rescind the judgment of dismissal dated October 9, 2003.

DATED this 4th day of November, 2003.

Respectfully Submitted,
PLAINTIFF,

By Susan E. Malliet

Susan E. Malliet
SKELLEY ROTTNER P.C.
433 S. Main Street, Suite 305
West Hartford, CT 06110
Tel. 860-561-7077
Fax 860-561-7088
Fed. Bar. No. ct19314

**CERTIFICATION**

I hereby certify that a copy of the above was mailed, postage prepaid, to the following counsel of record and pro se parties on November 4, 2003:

Carla Crawley
19 Ann Avenue
Uncasville, CT 06382

Rose Marie Boyd
37 Colonial Drive
Waterford, CT 06385

Eric Long
31 Cherry Circle
Groton, CT 06340

Susan E. Malliet

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Directv Inc

v.

Crawley

Case Number: 3:03-cv-00005 PCD PV

United States District Court
District of Connecticut
FILED AT NEW HAVEN
Sept 23 2003
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

NOTICE TO COUNSEL

Rule 41 of the Local Rules of this District provides:

"In civil actions in which no action has been taken by the parties for six (6) months or in which deadlines established by the Court pursuant to Rule 11 appear not to have been met, the Clerk shall give notice of proposed dismissal to counsel of record. If such notice has been given and no action has been taken in the action in the meantime and no satisfactory explanation is submitted to the Court within twenty (20) days thereafter, the Clerk shall enter a judgment. Any such judgment entered by the Clerk under this rule may be suspended, altered, or rescinded by the Court for cause shown."

The case above is subject to being dismissed under this rule. Unless satisfactory explanation of why it should not be dismissed is submitted to the Court within twenty (20) days of the date of this notice, it will be dismissed.

Dated at , September 23, 2003.

KEVIN F. ROWE, CLERK

By: Patricia A. Villano

Deputy Clerk

RECEIVED
SEP 26 2003
SKELLEY ROTTNER P.C.

# EXHIBIT B

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

**DIRECTV, Inc.,**

**Plaintiff,**

**V.**

**CARLA CRAWLEY, ROSE MARIE BOYD And ERIC LONG**

**Defendants.**

**CIVIL ACTION NO. 3:03 CV 0005 (PCD)**

FILED OCT 10 1 37 PM '03

**PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure and Rule 7(a) of the local Rules of Civil Procedure, the plaintiff, DIRECTV, Inc. ("DIRECTV") moves this court to enter a default judgment against the defendants Carla Crawley and Rose Marie Boyd ("defendants") because the defendants have not filed an appearance or otherwise acted to defend this lawsuit since being served on January 11, 2003 and are therefore in default. The default judgment sought against each defendant individually is in the amount of $10,000.00 plus costs and reasonable attorney fees for a total judgment of $10,782.82 against Carla Crawley and $10,753.02 against Rose Marie Boyd.

10/23/03 DENIED as moot. Case has been dismissed. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

FILED OCT 24 3 17 PM '03

RECEIVED

OCT 2 8 2003
SKELLEY ROTTNER P.C.

SR\209327

# EXHIBIT  C

FILED
Oct 14 3 44 PM '03
DISTRICT COURT
NEW HAVEN, CONN.

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

Plaintiff,

v.

CARLA CRAWLEY, ROSE MARIE BOYD
And ERIC LONG

Defendants.

CIVIL ACTION
NO. 3:03 CV 0005 (PCD)

FILED
Oct 24 3 16 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## MOTION FOR STAY OF PROCEEDINGS

The plaintiff, DIRECTV, Inc. ("DIRECTV"), hereby moves this Court to enter a stay of the above-referenced proceedings as to the defendant, Eric Long, only. DIRECTV has previously filed a motion for default judgment directed to the defendants Carla Crawley and Rose Marie Boyd. DIRECTV has not moved to default the defendant, Eric Long, however, because Mr. Long is currently serving in the military. DIRECTV requests a stay of these proceedings for a period of six (6) months during which time it will obtain additional information regarding Mr. Long's military status. If Mr. Long's current tour of duty ends within the next six (6) months, DIRECTV will communicate with him and file a Parties' Planning Report. DIRECTV will aslo comply with

DENIED as moot. Case has been dismissed. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

10/23/03

RECEIVED
OCT 28 2003
SKELLEY ROTTNER P.C.

SR:212303:kam

# EXHIBIT  D

SKELLEY ROTTNER P.C.

Law Offices
Corporate Center West
Suite 305
433 South Main Street
West Hartford, CT 06110

Reply to
P.O. Box 340890
Hartford, CT 06134-0890
Phone: (860) 561-7077
Fax: (860) 561-7088

Joseph F. Skelley, Jr.
1927-1995

James G. Geanuracos
Matthew Dallas Gordon
Randall M. Hayes
Kirby G. Huget
Susan L. Miller
Joel J. Rottner
Alyssa S. Vigue
Carl F. Yelch
Counsel–
Susan E. Malllet

October 9, 2003

The Honorable Peter C. Dorsey
U. S. District Court
141 Church Street
New Haven, CT 06510

**RE: DIRECTV, Inc. v. Carla Crawley, Rose Marie Boyd and Eric Long**
**Civil Action No. 3:03 CV 0005 (PCD)**
**Our File No. 8800-02014**

Dear Judge Dorsey:

We are sending this letter in response to your Notice dated September 23, 2003 and to explain to you why this case should not be dismissed. Please note that as to the defendants, Carla Crawley and Rose Marie Boyd, both of those defendants were served but have never appeared. Accordingly, we have filed a Motion for Default by Judgment directed to both of them. As to the defendant, Eric Long, we have determined that Mr. Long is currently serving in the armed services. Accordingly, we cannot move for a default judgment against him. Instead, we have filed a Motion to Stay the Proceedings as to Eric Long only until he completes his current tour of service. A copy of the motion is enclosed. If Mr. Long's current tour of duty ends within the next six (6) months, DIRECTV will communicate with him and file a Parties Planning Report and will comply with all other Scheduling Orders by the Court. If it is determined that Mr. Long's current tour of military service will not be completed within six (6) months, DIRECTV will move for an extension of the Court's stay.

For the foregoing reasons, we would request that you direct the Clerk to refrain from dismissing this action and to enter a default judgment against the defendants, Carla Crawley and Rose Marie Boyd. We would further request that the Court issue a stay of the proceedings as to the defendant, Eric Long.

SKELLEY ROTTNER P.C.

The Honorable Peter C. Dorsey
U. S. District Court
October 9, 2003
Page 2

Thank you for your attention to this matter. If we can provide you with any additional useful information, please do not hesitate to contact me. My telephone number is 860-561-7077.

Respectfully,

Matthew D. Gordon

MDG/kam
Enclosures: Motion to Stay the Proceedings
SR/212300

Cc:
Carla Crawley
19 Ann Avenue
Uncasville, CT 06382

Rose Marie Boyd
37 Colonial Drive
Waterford, CT 06385

Eric Long
31 Cherry Circle
Groton, CT 06340

# EXHIBIT  E

9

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DIRECTV, INC.

-vs-

Civil No. 3:03 CV 0005 (PCD)

CARLA CRAWLEY, ROSE MARIE BOYD AND ERIC LONG

FILED Oct 9 2003

## JUDGMENT

A notice of proposed dismissal [8-1] of the above-captioned action having been sent to counsel of record on September 23, 2003, pursuant to this Court's Local Rule 41(a) and,

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefor having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

SO ORDERED.

Dated at New Haven, Connecticut, this 9th day of October, 2003.

Kevin F. Rowe, Clerk

By Patricia A. Villano
Patricia A. Villano
Deputy Clerk

EOD: 10/10/03

RECEIVED
OCT 14 2003
SKELLEY ROTTNER P.C.