FILED

Nov 17  1 51 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

CARLA CRAWLEY, ROSE MARIE BOYD
And ERIC LONG

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0005 (PCD)

### ORDER ON PLAINTIFF'S MOTION TO OPEN/RESCIND JUDGMENT OF DISMISSAL

On the _17th_ day of _November_, 2003, the Court considered the plaintiff's Motion to Open/Rescind Judgment of Dismissal for Failure to Respond filed by the plaintiff, DIRECTV, Inc. After considering the plaintiff's motion, the Court rescinds its order entering a judgment of dismissal.

SIGNED on this _17th_ day of _November_, 2003.

_____
U.S. DISTRICT JUDGE

- 6 -