**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT**

DIRECTV, Inc.,

    Plaintiff,

V.

CARLA CRAWLEY, ROSE MARIE BOYD
And ERIC LONG

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0005 (PCD)

## PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT

Pursuant to Rule 55 of the Federal Rules of Civil Procedure and Rule 7(a) of the local Rules of Civil Procedure, the plaintiff, DIRECTV, Inc. ("DIRECTV") moves this court to enter a default judgment against the defendants Carla Crawley and Rose Marie Boyd ("defendants") because the defendants have not filed an appearance or otherwise acted to defend this lawsuit since being served on January 11, 2003 and are therefore in default. The default judgment sought against each defendant individually is in the amount of $10,000.00 plus costs and reasonable attorney fees for a total judgment of $10,782.82 against Carla Crawley and $10,753.02 against Rose Marie Boyd.

SR\214722

The plaintiff is not requesting a default judgment against defendant Eric Long at this time because he has been found to be active in the military.

A memorandum of law in support of this motion is attached hereto.

DATED this 17th day of December, 2003.

>Respectfully Submitted,
>PLAINTIFF, DIRECTV, Inc.
>
>By _____
>Matthew D. Gordon
>SKELLEY ROTTNER P.C.
>433 S. Main Street, Suite 305
>West Hartford, CT 06110
>Tel. 860-561-7077
>Fax 860-561-7088
>Fed. Bar. No. ct02355

**CERTIFICATION**

  I hereby certify that a copy of the above was mailed, postage prepaid, to the following counsel of record and pro se parties on December 17, 2003:

Carla Crawley
19 Ann Avenue
Uncasville, CT 06382

Eric Long
31 Cherry Circle
Groton, CT 06340

Rose Marie Boyd
37 Colonial Drive
Waterford, CT 06385

_____
Matthew D. Gordon

3