# UNITED STATES DISTRICT COURT

_____ District of _____

DIRECTV, INC.

V.

CARLA CRAWLEY, ROSE MARIE BOYD
and ERIC LONG

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3 03 CV 0005 PCD

TO: (Name and address of Defendant)

ROSE MARIE BOYD
37 Colonial Drive
Waterford, CT 06385

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Gordon, Esq.
SKELLEY ROTTNER P.C.
433 S. Main Street
Suite 305
West Hartford, CT 06110

an answer to the complaint which is served on you with this summons, within \_\_\_10\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE                          January 2, 2003
CLERK                                  DATE

(DEPUTY) CLERK

Service of the Summons and Complaint was made by me(1)   DATE 1/11/03

| NAME OF SERVER (PRINT) Leonard Weinberg | TITLE CT State Marshal |

Check one box below to indicate appropriate method of service

- ☐ Served personally upon the defendant. Place where served: Rose Marie Boyd

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL 2.00 | SERVICES Ser $10.00 Pays 19.00 End 1.20 | TOTAL 32.20 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/11/03
              Date         Signature of Server

15 Edgewood Ave Waterbury CT 06385
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____ District of _____

DIRECTV, INC.

V.

CARLA CRAWLEY, ROSE MARIE BOYD
and ERIC LONG

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 303CV0005 PCD

TO: (Name and address of Defendant)

CARLA CRAWLEY
19 Ann Avenue
Uncasville, CT 06382

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Gordon, Esq.
SKELLEY ROTTNER P.C.
433 S. Main Street
Suite 305
West Hartford, CT 06110

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE
CLERK

(By) DEPUTY CLERK

January 2, 2003
DATE

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1/10/03 |
|---|---|

| NAME OF SERVER (PRINT) Leonard Weinberg | TITLE CT State Marshal |
|---|---|

Check one box below to indicate appropriate method of service

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Was Left Abode at Defendant Address

## STATEMENT OF SERVICE FEES

| TRAVEL $11.80 | SERVICES $30.00 Ser pprs $19.00 End $1.20 | TOTAL $62.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/16/03       _[signature]_
              Date         Signature of Server

15 Edgewood Ave Waterford CT 06385
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.