**DIRECTV, Inc.,**

    **Plaintiff,**

V.

**CARLA CRAWLEY, ROSE MARIE BOYD
And ERIC LONG**

    **Defendants.**

**CIVIL ACTION
NO. 3:03 CV 0005 (PCD)**

## AFFIDAVIT

I, TERRI O'CONNELL, being duly sworn and deposed, hereby state that:

1. I am over eighteen (18) years of age, reside in Hartford County, Connecticut and believe in the obligations of an oath.

2. I have personal knowledge of the facts contained in this affidavit.

3. I am a Law Clerk employed by the law firm Skelley Rottner P.C.

4. On July 23, 2003, I requested a Military Status Report on Carla Crawley and Rose Marie Boyd by providing the Defense Manpower Data Center in Arlington, Virginia, their social security numbers through the Defense Manpower Data Center's secure website, which is available to law firms for the purpose of checking the military status of a person.

5. The Military Status Reports (attached) indicate that Carla Crawley and Rose Marie Boyd are not in the military.

Further, affiant sayeth not.

AFFIANT,

_____
Terri O'Connell

Subscribed and sworn to before me, on this
the 17th day of December, 2003.

_____
Notary/Commissioner of the Superior Court

2