**DIRECTV, Inc.,**

    **Plaintiff,**

V.

**CARLA CRAWLEY, ROSE MARIE BOYD
And ERIC LONG**

    **Defendants.**

**CIVIL ACTION
NO. 3:03 CV 0005 (PCD)**

## AFFIDAVIT

I, MATTHEW D. GORDON, being duly sworn and deposed, hereby state that:

1. I am over eighteen (18) years of age and reside in Hartford County, Connecticut.

2. I have been licensed to practice law in the State of Connecticut since 1987 and am currently practicing law throughout the State of Connecticut and in federal courts within the United States.

3. I am familiar with the usual, customary and reasonable legal fees for suits of this type.

4. I am an attorney with the law firm of Skelley Rottner P.C. and act as attorney for DIRECTV, Inc. ("DIRECTV") in this lawsuit.

5. As attorney for DIRECTV, I, or someone at my direction, performed the following in this cause: reviewed the file, including all correspondence between the parties and the claims

file; prepared DIRECTV's Complaint; and prepared and filed the Motion for Default Judgment, affidavits and order.

6. The documents in Appendix D hereto are true and correct copies of bills to DIRECTV or are accurate estimates of bills yet to be generated in connection with the filing of the lawsuit and obtaining the default judgment against the defendants Carla Crawley and Rose Marie Boyd.

7. Based upon my review of the file, DIRECTV has incurred but has not yet been billed for attorney's fees totaling $1,340.00 related to the prosecution of this case against Carla Crawley and Rose Marie Boyd. Each defendant's individual portion of the attorney fees amounts to $670.00.

8. Based upon my review of the file, DIRECTV has incurred costs and disbursed a total of $195.84 for both defendants, which has not yet been billed, with Carla Crawley's portion amounting to $112.82 and Rose Marie Boyd's portion amounting to $83.02.

9. To date, DIRECTV has paid no fees for costs associated with the prosecution of this action. The attorney's fees and costs incurred to date are reasonable and necessary for the proper prosecution of this action.

10. Additionally, DIRECTV should be awarded minimum statutory damages of $10,000.00

2

from each defendant individually for the violations of 47 U.S.C. §605 and 18 U.S.C. §2511 and §2512 as alleged in the Complaint.

Further, affiant sayeth not.

AFFIANT,

_____
Matthew D. Gordon

Subscribed and sworn to before me, on this the _17_ day of December, 2003.

_____
Notary/Commissioner of the Superior Court

My commission expires on July 31, 2006

3