## Summary of Default Judgment Sums

| | Source | Sum |
|---|---|---|
| **Carla Crawley** | Minimum Statutory Award | $10,000.00 |
| | Cost Disbursements (see next page) | $ 112.82 |
| | Reasonable Attorney Fees (see next page) | $ 670.00 |
| | **Total Default Judgment for Carla Crawley** | **$10,782.82** |

| | Source | Sum |
|---|---|---|
| **Rose Marie Boyd** | Minimum Statutory Award | $10,000.00 |
| | Cost Disbursements (see next page) | $ 83.02 |
| | Reasonable Attorney Fees (see next page) | $ 670.00 |
| | **Total Default Judgment for Rose Marie Boyd** | **$10,753.02** |

**COMBINED DEFAULT JUDGMENT FOR BOTH DEFENDANTS: $21,535.84**

DIRECTV, INC. v. CRAWLEY, BOYD, AND LONG
CV No. 3:03 CV 0005(PCD)
SR\210470

# Summary of Reasonable Cost Disbursements & Attorney Fees

| | | |
|---|---|---|
| **Carla Crawley** | Reasonable attorney fees[1] | $ 670.00 |
| | Cost disbursements[2] | $ 112.82 |
| | TOTAL | $ 782.82 |

| | | |
|---|---|---|
| **Rose Marie Boyd** | Reasonable attorney fees[1] | $ 670.00 |
| | Cost disbursements[2] | $ 83.02 |
| | TOTAL | $ 753.02 |

| | |
|---|---|
| Total attorney fees for both defendants | $1,340.00 |
| Total cost disbursements for both defendants | $ 195.84 |
| TOTAL | $1,535.84 |

### [1]Summary of Reasonable Attorney Fees

| | |
|---|---|
| Attorney Fees for 12-4-02 through 7-25-03<br>8.4 hours @ $175/hour | $1,470.00 |
| Paralegal Fees for 7-23-03 through 7-24-03<br>6 hours @ $90/hour | $ 540.00 |
| Total for three defendants | $2,010.00 |
| AMOUNT FOR ONE DEFENDANT | $ 670.00 |

### [2]Summary of All Cost Disbursements

| | Carla Crawley | Rose Marie Boyd |
|---|---|---|
| Marshal's fees for servicing (Exhibit A) | $ 62.00 | $ 32.20 |
| Non-Marshal cost disbursements[3] | $ 50.82 | $ 50.82 |
| TOTAL | $ 112.82 | $ 83.02 |

### [3]Summary of Non-Marshal Cost Disbursements

| | |
|---|---|
| U.S. District Court Filing Fee (see attached) | $ 150.00 |
| Delivery to Federal Court | $ 2.48 |
| Total for three defendants | $ 152.48 |
| AMOUNT FOR ONE DEFENDANT | $ 50.82 |

DIRECTV, INC. v. CRAWLEY, BOYD, AND LONG
CV No. 3:03 CV 0005(PCD)
SR\210470

Skelley Rotner P.C.

## WORK IN PROGRESS

PAGE 1 of 2

For Matters

FROM: Trans: 01/01/1900 & System: 01/01/1900 12:00:00 AM
THRU: Trans: 07/31/2003 & System: 08/15/2003 11:59:59 PM

REPORT ID:   TWP$
PROCESSED: 08/15/2003 4:03:42 PM

| Date | Tmkpr | Type | Bill / Rate / Code | Units | Rate Unapplied | Amount | Seq # | Hold/ Print | Description |
|---|---|---|---|---|---|---|---|---|---|

**Client 8800/LITIGATION MATTERS - PLAINTIFF**
Desc:

Branch E5
Dept LP
AOL
Resp SR
Mang SLM
Orig SR

Bill Options
Perm        Time/Ex
Periodic    Monthly    Flat Fee
Billing Type           Finance
Combine                Format   INS
Open Date   Incident Date   Closed Date
4/29/95

**Matter 02014/LITIGATION MATTERS - PLAINTIFF 8800**
Desc: DIRECTV, INC. V. CARLA CRAWLEY

Branch E5
Dept LP
AOL OTP
Resp MD
Mang MD
Orig SR

Last Stmt    Last Pymt

Bill Options
Perm        Time/Ex
Periodic    Monthly    Flat Fee
Billing Type Regular   Finance
Combine                Format   INS
Open Date   Incident Date  Closed Date
12/13/02

Time

| Date | Tmkpr | Type | Bill | Units | Rate | Amount | Seq # | H/P | Description |
|---|---|---|---|---|---|---|---|---|---|
| 12/04/2002 | MDG | Time | Y/B/ | 1.50 | 175.00 | 262.50 | 954368 | N/Y | RECEIPT AND REVIEW OF DRAFT COMPLAINT FORWARDED BY ATTORNEY RUSSO. |
| 12/04/2002 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 954369 | N/Y | CORRESPONDENCE TO ATTORNEY RUSSO RE: RECEIPT AND ANALYSIS OF DRAFT COMPLAINT. |
| 12/13/2002 | MDG | Time | Y/B/ | 2.40 | 175.00 | 420.00 | 954666 | N/Y | DRAFTING AND EDITING OF SUMMONS AND COMPLAINT. |
| 01/07/2003 | MDG | Time | Y/B/ | 0.50 | 175.00 | 87.50 | 956802 | N/Y | RECEIPT AND REVIEW OF ORDERS AND TRUE AND ATTESTED COPIES OF PLEADINGS FROM U. S. DISTRICT COURT. |
| 01/13/2003 | MDG | Time | Y/B/ | 0.80 | 175.00 | 140.00 | 956658 | N/Y | EXTENDED TELEPHONE CONFERENCE WITH MS. CRAWLEY RE: FACTS SURROUNDING USE OF COMPUTER PROGRAMS USED TO ACCESS DIRECTV SATELLITE SIGNALS. |
| 01/14/2003 | MDG | Time | Y/B/ | 0.80 | 175.00 | 140.00 | 956569 | N/Y | TELEPHONE CALL FROM ATTORNEY SASHA RE: HISTORY OF CLAIM. |
| 01/25/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 958558 | N/Y | TELEPHONE CALL FROM MR. LONG RE: FACTS SURROUNDING USE OF SERVICE. |
| 01/25/2003 | MDG | Time | Y/B/ | 0.50 | 175.00 | 87.50 | 958562 | N/Y | TELEPHONE CALL FROM MS. CRAWLEY RE: HISTORY OF CLAIM. |
| 07/23/2003 | TAO | Time | Y/B/ | 0.30 | 90.00 | 27.00 | 974777 | N/Y | CHECKED MILITARY STATUS FOR THREE DEFENDANTS IN ORDER TO FILE DEFAULT JUDGMENTS. ~ |
| 07/24/2003 | TAO | Time | Y/B/ | 4.20 | 90.00 | 378.00 | 974333 | N/Y | DRAFTING OF MOTIONS FOR JUDGMENT TOGETHER WITH ALL SUPPORTING MATERIALS, INCLUDING MEMORANDUM OF LAW, AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES AND COVERAGE CALCULATIONS. |

**WORK IN PROGRESS**
For Matters

FROM: Trans: 01/01/1900 & System: 01/01/1900 12:00:00 AM
THRU: Trans: 07/31/2003 & System: 08/15/2003 11:59:59 PM

REPORT ID: TWP$
PROCESSED: 08/15/2003 4:03:42 PM

| Date | Tmkpr | Type | Bill / Rate / Code | Units | Rate Unapplied | Amount | Seq # | Hold/ Print | Description |
|---|---|---|---|---|---|---|---|---|---|
| 07/24/2003 | TAO | Time | Y/B/ | 1.50 | 90.00 | 135.00 | 974778 | N/Y | FIRST DRAFT OF DEFAULT JUDGMENT WITH ATTACHMENTS FOR TWO DEFENDANTS, MS. CRAWLEY AND MS. BOYD. |
| 07/25/2003 | MDG | Time | Y/B/ | 1.50 | 175.00 | 262.50 | 974334 | N/Y | REVIEW AND REVISE MOTION FOR JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT OF SAME. |
|  |  |  |  |  |  | **2,010.00** |  |  |  |
| **Expenses** |  |  |  |  |  |  |  |  |  |
| 12/12/2002 | DD | Exp S | Y/-/ | 0.00 | 0.00 | 150.00 | 954238 | N/Y | CLERK, U.S. DISTRICT COURT FILING FEE SR CHECK # 21182 |
| 01/17/2003 | DD | Exp S | Y/-/ | 0.00 | 0.00 | 136.20 | 956515 | N/Y | MARSHAL WEINBERG SERVICE OF PROCESS SR CHECK # 21270 |
| 03/14/2003 | DD | Exp S | Y/-/ | 0.00 | 0.00 | 2.48 | 961653 | N/Y | MILEAGE TO AND FROM FEDERAL COURT IN HARTFORD, CT ON 1-06-03 - 8 MILES AT $.31/MILE - SR CHECK #21384 |
|  |  |  |  |  |  | **288.68** |  |  |  |

| Account Status | Time | Expenses | Other | Total |
|---|---|---|---|---|
| Current Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| Unapplied A/R Adj |  |  |  | 0.00 |
| Unapplied Receipts |  |  |  | 0.00 |
| Unbilled Amounts | 2,010.00 | 288.68 | 0.00 | 2,298.68 |
| Balance if Billed | 2,010.00 | 288.68 | 0.00 | 2,298.68 |

| Summary Information |  |  |
|---|---|---|
| Deposits Balance: | 0.00 |  |
|  | YTD | LTD |
| Billed Fees | 0.00 | 0.00 |
| Billed Exp | 0.00 | 0.00 |
| Ent Receipts | 0.00 | 0.00 |