UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 6  2 26 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| **DIRECTV** | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| VS. | : | NO. 3:03 CV 0005 (PCD) |
| | : | |
| CARLA CRAWLEY, ROSE MARIE BOYD And ERIC LONG | : | |
| Defendant | : | JANUARY 5, 2004 |

## OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT

I hereby oppose Plaintiff's Motion for Judgment by Default in its entirety. On October 24, 2003, I filed with the court an Appearance form, and an Answer and Denial pleading. Copies of these documents were sent to all counsel and pro se parties of record.

RESPECTFULLY SUBMITTED

By: *Rose Marie Boyd*
ROSE MARIE BOYD
37 Colonial Drive
Waterford, CT 06385
Telephone: (860) 442-1371

## CERTIFICATION OF MAILING

I hereby certify that a copy of the foregoing was deposited in the United States mail, postage prepaid, to all parties on the 5 day of January, 2004.

Matthew D. Gordon, Esq.  
Skelley Rottner P.C.  
433 S. Main St., Suite 305  
West Hartford, CT 06110

Carla Crawley  
19 Ann Avenue  
Uncasville, CT 06382

Eric Long  
31 Cherry Circle  
Groton, CT 06340

*Rose Marie Boyd*  
ROSE MARIE BOYD  
37 Colonial Drive  
Waterford, CT 06385  
Telephone: (860) 442-1371

-2-