**APPEARANCE**
JD-CL-12 Rev. 2-03
Pr. Bk. §§ 3-1 thru 3-6, 3-8

**NOTICE TO PRO SE PARTIES**
A pro se party is a person who represents himself or herself. It is your responsibility to inform the Clerk's Office if you have a change of address.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

**INSTRUCTIONS**
1. Type or print legibly.
2. **Judicial District Court Locations:** In any action returnable to a Judicial District court location, file only the original with the clerk. In criminal actions see instruction #4.
3. **Geographical Area Locations:** In any action returnable to a Geographical Area court location, except criminal actions, file original and sufficient copies for each party to the action with the clerk. In criminal actions see instruction #4.
4. **In Criminal and Motor Vehicle Actions** (Pr. Bk. Secs. 3-4, 3-5): Mail or deliver a copy of the appearance to the prosecuting authority, complete the certification at bottom and file original with the clerk.
5. **In Summary Process Actions:** In addition to instruction #2 or #3 above, mail a copy to the attorney for the plaintiff, or if there is no such attorney, to the plaintiff and complete the certification below.
6. **In Small Claims Matters:** File the original with the Small Claims area or Housing Session location. Mail or deliver a copy to the attorney or pro se party and complete the certification below.
7. **For "in-lieu-of" Appearances** (Pr. Bk. Sec. 3-8): Complete the certification below.
8. Pursuant to Pr. Bk. Sec. 17-20, if a party who has been defaulted for failure to appear files an appearance prior to the entry of judgment after default, the default shall automatically be set aside by the clerk.
9. **In Juvenile Matters:** Do not use this form. Use form JD-JM-13 Appearance, Juvenile Matters.

**DOCKET NO.** 3:03 CV 0005(PCD)
**RETURN DATE**
**SCHEDULED COURT DATE** (Criminal/Motor Vehicle Matters)

**NAME OF CASE** (FIRST-NAMED PLAINTIFF VS. FIRST-NAMED DEFENDANT)
Direct TV vs. Carla Crawley, Rose Marie Boyd, Eric Long

☐ Judicial District   ☐ Housing Session   ☐ G.A. No. ___
**ADDRESS OF COURT** (No., street, town and zip code)
141 Church St. New Haven, CT 06510

**PLEASE ENTER THE APPEARANCE OF**

**NAME OF PRO SE PARTY** (See "Notice to Pro Se Parties" at bottom), OR NAME OF OFFICIAL, FIRM, PROFESSIONAL CORPORATION, OR INDIVIDUAL ATTORNEY
Carla Crawley - Pro Se Party

**JURIS NO. OF ATTY. OR FIRM**

**MAILING ADDRESS** (No., street, P.O. Box)
19 Ann Ave.

**CITY/TOWN** Uncasville   **STATE** CT   **ZIP CODE** 06382
**FAX NO.**   **E-MAIL ADDRESS** carla@myeastern.com
**TELEPHONE NO.** 860-367-0360

**in the above-entitled case for:** ("X" one of the following)
☐ The Plaintiff.
☐ All Plaintiffs
☐ The following Plaintiff(s) only: _____
☐ The Defendant.
☐ The Defendant for the purpose of the bail hearing only (in criminal and motor vehicle cases only).
☐ All Defendants.
☒ The following Defendant(s) only: Carla Crawley
☐ Other (Specify) _____

Note: If other counsel or a pro se party have already appeared for the party or parties indicated above, state whether this appearance is:

☐ In lieu of appearance of attorney or firm or pro se party (Name) _____ already on file (P.B. Sec. 3-8) OR
(Name and Juris No.)
☐ In addition to appearance already on file.

**SIGNED** (Individual attorney or pro se party) X Carla Crawley
**NAME OF PERSON SIGNING AT LEFT** (Print or type) Carla Crawley
**DATE SIGNED** 7-29-04

**CERTIFICATION**
This certification must be completed in summary process cases (Pr. Bk. Sec. 3-5(a)); for "in lieu of" appearances (Pr. Bk. Sec. 3-8); in criminal cases (Pr. Bk. Sec. 3-5(d)); and in small claims matters.

**I hereby certify that a copy of the above was mailed/delivered to:**
☐ All counsel and pro se parties of record as listed below and on additional sheet. (For summary process, criminal actions and small claims matters)
☐ Counsel or the party whose appearance is to be replaced as listed below and on additional sheet. (For "in lieu of" appearances)

**SIGNED** (Individual attorney or pro se party) X
**DATE COPY(IES) MAILED OR DELIVERED**

**NAME OF EACH PARTY SERVED***   **ADDRESS AT WHICH SERVICE WAS MADE**

**FOR COURT USE ONLY**

* If necessary, attach additional sheet with names of each party served and the address at which service was made.

**APPEARANCE**