UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTTV, INC., : | |
|     Plaintiff, : | |
| : | |
| vs. : | Case No. 3:03cv5 (PCD) |
| : | |
| Carla CRAWLEY, Rose Marie BOYD, and : | |
| Eric LONG, : | |
|     Defendants. : | |

**ORDER**

Consistent with this Court's obligation to give *pro se* litigants substantial leeway, <u>Gomes v. Avco Corp.</u>, 964 F.2d 1330, 1335 (2d Cir. 1992), Plaintiff's Motion for Default Judgment [Doc. No. 22] against Carla Crowley and Rose Marie Boyd is **denied**.[1] Subsequent to the filing of Plaintiff's Motion, both Defendants have filed *pro se* appearances and answers[2] and Defendant Boyd has filed an objection to the Motion for Default Judgment [Doc. No. 24]. It is noted, however, that Plaintiff's Motion is denied **without prejudice** and should substantial inactivity on Defendants' part continue in response to Plaintiff's attempt to prosecute its case, Plaintiff is granted leave to re-file a motion for default and default judgment.

SO ORDERED.  Dated at New Haven, Connecticut, September  2 , 2004.

                                                                                                                    /s/
                                                   Peter C. Dorsey, U.S. District Judge
                                                       United States District Court

---

[1] It is noted that no default ever entered in this case. Typically, a party seeks a default first and then a default judgment with respect to damages. See <u>Greyhound Exhibitgroup v. E.L.U.L. Realty Corp.</u>, 973 F.2d 155, 158 (2d Cir. 1992) ("While a party's default is deemed to constitute a concession of all well pleaded allegations of liability, it is not considered an admission of damages").

[2] Defendant Crawley filed an answer on February 26, 2003 [Doc. No. 7]. However, at the time, she had not yet entered an appearance. In keeping with this Court's obligation to *pro se* litigants, <u>Gomes.</u>, 964 F.2d at 1335, once she filed a *pro se* appearance on August 4, 2004, some correspondences sent to the Court were also docketed as an answer. See Document Number 26, filed August 26, 2004.