**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

COURT TRIAL CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 Church Street
New Haven
Courtroom #1

<u>NOTICE TO COUNSEL</u>

Subject to jury trials, trial of the following court cases shall commence on or after March 16, 2005, upon notice to counsel by Patricia A. Villano, Deputy Clerk, of the actual date of trial. The parties in all cases shall be prepared to proceed upon 24 hours notice. Parties may inquire of the Deputy Clerk as to the status of the list at any time.

Problems with the trial of any case shall be discussed among all counsel and any request shall be made to the Court at the earliest possible time, in writing, and setting forth the result of such consultation and good cause for any request.

The parties shall discuss settlement of their case and report to Deputy Clerk Patricia A. Villano as soon as possible @ (203)773-2427, whether a conference sponsored by the Court is reasonably likely to be productive of settlement.

PETER C. DORSEY, SENIOR JUDGE
UNITED STATES DISTRICT COURT

CASE NO. 3:02 cv 1232 (PCD) Galen Inst. LLC vs. COMTA, et al

COUNSEL OF RECORD

| | |
|---|---|
| Thomas A. Amato, Esq. | 357 East Center St., Manchester, CT 06040<br>860-643-0318 |
| Jim Lattanzio | Galen Institute, LLC., 1025 Silas Deane Hwy., Wethersfiled, CT 06109 |
| Gregory J. Curtin, Esq.<br>Royce L. Vehslage, Esq. | Genovese, Vehslage & LaRose,<br>500 Enterprise Dr., Rocky Hill, CT 06067-4053<br>860-513-3760 |

CASE NO. 3:03 cv 5 (PCD) Directv, Inc. vs. Carla Crawley, et als

COUNSEL OF RECORD

| | |
|---|---|
| Matthew Dallas Gordon, Esq. | 406 Farmington Ave., Farmington, CT 06032<br>860-676-7756 |
| Susan E. Malliet, Esq. | Skelley & Rottner, P.O. Box 340890,<br>Hartford, CT 06134-0890<br>860-561-7077 |
| Carla Crawley | 19 Ann Ave., Uncasville, Ct 06382<br>860-367-0360 |
| Rose Marie Boyd | 37 Colonial Dr., Waterford, CT 06385<br>860-442-1371 |

CASE NO. 3:04 cv 145 (PCD) Charlene Hobby vs. Bright Horizons Children's Center

COUNSEL OF RECORD

| | |
|---|---|
| Lorenzo J. Cicchiello | Cicchiello & Cicchiello, 582 West Main St., Norwich CT 06360    860-549-1000 |
| Christian A. Grenier, Esq.<br>Conrad S. Kee, Esq. | Jackson & Lewis, LLP, 177 Broad St.,<br>P.O. Box 251, Stamford, CT 06904-0251<br>203-961-0404 |

<u>CASE NO. 3:04 cv 494 (PCD) Christopher Anders vs. Juan Larrian, et al</u>

COUNSEL OF RECORD:

| | |
|---|---|
| Meredith C. Braxton, Esq. | 270 Greenwich Ave., Greenwich, CT 06830<br>203-661-4610 |
| James A. Mahar, Esq. | Ryan, Ryan, Johnson & Deluca, 80 4TH St.,<br>P.O. Box 3057, Stamford, CT 06905<br>203-357-9200 |

<u>CASE NO. 3:04 cv 771 (PCD) Charles Burke vs. Frank Mormino</u>

COUNSEL OF RECORD:

| | |
|---|---|
| Jon L. Schoenhorn, Esq. | Law Offices of Jon L. Schoenhorn, 97 Oak St.,<br>Hartford, CT 06106    860-278-3500 |
| Michelle N. Holmes, Esq.<br>Scott M. Karsten, Esq. | Sack, Spector & Karsten,<br>836 Farmington Ave., #221,<br>West Hartford, CT 06119-1544<br>860-233-8251 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK