## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel of record and pro se parties on May 13, 2005.

Ms. Carla Crawley
19 Ann Avenue
Uncasville, CT 06382
Defendant

_____
Matthew Dallas Gordon

2