UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
DIRECTV, INC.,

    Plaintiffs,

v.                                                                                Civil No. 3:05CV0005 (PCD)

Carla CRAWLEY, Rose Marie BOYD, and
Eric LONG,

    Defendants
------------------------------------------------------------x

### STIPULATION OF DISMISSAL

    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned parties stipulate that the foregoing action should be dismissed.

DEFENDANT,  
Carla Crawley

_____  
Carla Crawley  
19 Ann Avenue  
Uncasville, CT 06382

PLAINTIFF,  
Direct TV, Inc.

_____  
Matthew Dallas Gordon  
Fed. Bar. No. CT 02355  
Matthew Dallas Gordon LLC  
406 Farmington Avenue  
Farmington, CT 06032  
Tel. 860-676-7756  
Fax 860-676-7704