UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CIVIL ACTION NO.:** _____ **(PCD)**

**<u>ELECTRONIC FILING ORDER</u>**

The Court orders that the parties shall file all documents in this case electronically.  Counsel are reminded that they must comply with the following requirements:

    1.    Counsel must comply with all applicable Federal Rules of Criminal Procedure and Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

    2.    Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

**Civil Cases:**  All pleadings (including briefs and exhibits) relating to the following:

- a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
- b. Dispositive motions (motions to dismiss, motion for judgment on the pleadings, or for summary judgment);
- c. Requested jury instructions;
- d. Compliance with Pretrial Orders
- e. Trial briefs, including proposed findings of fact and conclusions of law; and
- f. **Any other filing that is in excess of 20 pages**;

**Criminal Cases:**  All pleadings (including briefs and exhibits) relating to the following:

     a.     Motions to dismiss;
     b.     Motions to suppress;
     c.     Motions to modify presentence reports;
     d.     Requested jury instructions;
     e.     Trial briefs; and
     f.     **Any other filing that is in excess of 20 pages**.

**SO ORDERED.**

                                          /s/ Peter C. Dorsey
                                          Peter C. Dorsey
                                          Senior United States District Judge