UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
DIRECTV, INC., :
:
    Plaintiffs, :
:
v. : Civil No. 3:05CV0005 (PCD)
:
Carla CRAWLEY, Rose Marie BOYD, and :
Eric LONG, :
:
    Defendants :
:
---------------------------------------------------------x

### STIPULATION OF DISMISSAL

    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned parties stipulate that the foregoing action should be dismissed.

DEFENDANT,                                          PLAINTIFF,
Carla Crawley                                         Direct TV, Inc.

_/s/ Carla Crawley_____                   _/s/ Matthew Dallas Gordon_____
Carla Crawley                                         Matthew Dallas Gordon
19 Ann Avenue                                    Fed. Bar. No. CT 02355
Uncasville, CT 06382                           Matthew Dallas Gordon LLC
                                                                          406 Farmington Avenue
                                                                          Farmington, CT 06032
                                                                          Tel. 860-676-7756
                                                                          Fax 860-676-7704