UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------------------x
                                                            :
DIRECTV, INC.,                                              :
                                                            :
      Plaintiffs,                                           :
                                                            :
v.                                                          :   Civil No. 3:05CV0005 (PCD)
                                                            :
Carla CRAWLEY, Rose Marie BOYD, and                         :
Eric LONG,                                                  :
                                                            :
      Defendants                                            :
                                                            :
------------------------------------------------------------x
```

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned parties stipulate that the foregoing action should be dismissed.

| DEFENDANT, | PLAINTIFF, |
|---|---|
| Rose Marie Boyd | Direct TV, Inc. |
| *(signature)* | *(signature)* |
| Rose Marie Boyd | Matthew Dallas Gordon |
| 37 Colonial Drive | Fed. Bar. No. CT 02355 |
| Waterford, CT 06385 | Matthew Dallas Gordon LLC |
|  | 406 Farmington Avenue |
|  | Farmington, CT 06032 |
|  | Tel. 860-676-7756 |
|  | Fax 860-676-7704 |