UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
:
DIRECTV, INC.,                                              :
:
    Plaintiffs,                                          :
:
v.                                                          :   Civil No. 3:05CV0005 (PCD)
:
Carla CRAWLEY, Rose Marie BOYD, and                         :
Eric LONG,                                                  :
:
    Defendants                                            :
:
------------------------------------------------------------x

### STIPULATION OF DISMISSAL

    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned parties stipulate that the foregoing action should be dismissed.

DEFENDANT,                                      PLAINTIFF,
Rose Marie Boyd                                Direct TV, Inc.

*/s/ Rose Marie Boyd*                         */s/ Matthew Dallas Gordon*

Rose Marie Boyd                                Matthew Dallas Gordon
37 Colonial Drive                               Fed. Bar. No. CT 02355
Waterford, CT 06385                       Matthew Dallas Gordon LLC
                                                        406 Farmington Avenue
                                                        Farmington, CT 06032
                                                         Tel. 860-676-7756
                                                         Fax 860-676-7704