# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---------------------------------------------------

|  |  |  |
|---|---|---|
| DIRECTV, INC., | : | |
| Plaintiffs, | : | |
| v. | : | Civil No. 3:03CV0005 (PCD) |
| Carla CRAWLEY, Rose Marie BOYD, and Eric LONG, | : | |
| Defendants | : | |

---------------------------------------------------

## <u>NOTICE OF DISMISSAL</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, DIRECTV,

INC., hereby gives notice to the court that the foregoing action against defendant, Eric Long,

should be dismissed.


PLAINTIFF,
DIRECTV, INC.


_____
Matthew Dallas Gordon
Fed. Bar No. CT 02355
Matthew Dallas Gordon LLC
406 Farmington Avenue
Farmington, CT 06032
Tel. 860-676-7756
Fax 860-676-7704

## **<u>CERTIFICATION</u>**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following

counsel of record and pro se parties on October 27, 2005.


Mr. Eric Long
31 Cherry Circle
Groton, CT 06340


_____
                    Matthew Dallas Gordon